[No. 7466–8–III. Division Three. January 27, 1987.]

*In the Matter of the Marriage of* LORRAINE J.
POLLOCK, *Respondent, and* KERMIT L.
POLLOCK, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 326910–D, James R. Brown, J. Pro Tem.,
entered August 16, 1985. *Affirmed as modified* by unpublished opinion per Munson, J., concurred in by McInturff,
C.J., and Green, J.

[No. 7406–4–III. Division Three. January 27, 1987.]

BARBARA A. KENT, ET AL, *Appellants,* v. JODI D.
ALEXANDER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–01529–5, William J. Grant, J.,
entered September 17, 1985. *Affirmed* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Munson, JJ.

[No. 7429–3–III. Division Three. January 27, 1987.]

MELVIN A. REES, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–00753–5, Richard P. Guy, J. Pro
Tem., entered October 4, 1985. *Affirmed* by unpublished
opinion per Thompson, A.C.J., concurred in by Green and
Munson, JJ.